Mark H. Lipton, State Bar No. 8160
Neyhart, Anderson, Flynn & Grosboll
2713 E. 4th Street
Reno, NV 89512-3810
Phone: (916) 652-2221
Fax:    (775) 329-5101

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRAN MCDERMOTT, JOHN SEYMOUR, TRUSTEES OF THE NORTHERN NEVADA ELECTRICAL WORKERS PENSION TRUST, HEALTH AND WELFARE TRUST, ELECTRICAL INDUSTRY TRAINING TRUST NEBF, AND NEIF TRUST FUNDS,<br><br>Plaintiffs,<br>v.<br><br>JASON MARTINEZ, individually and dba NEZ ELECTRIC, INC.,<br><br>Defendants. | Case No. C 3:09 CV 00425 ECR-RAM<br><br>**[PROPOSED] ORDER GRANTING DEFAULT JUDGMENT AGAINST DEFENDANTS JASON MARTINEZ AND NEZ ELECTRIC, INC.**<br><br>[F.R.C.P. Rule 55(b)]<br><br>Location:  400 S. Virginia St.<br>          Reno, NV 89501<br>Judge:     Hon. Edward C. Reed, Jr.<br><br>ORDER GRANTING |

This matter came before the Honorable Edward C. Reed Jr. for consideration of the United States District Court of Nevada, located in Reno, Nevada 89501. Plaintiffs FRAN MCDERMOTT, JOHN SEYMOUR, TRUSTEES OF THE NORTHERN NEVADA ELECTRICAL WORKERS PENSION TRUST, HEALTH AND WELFARE TRUST, ELECTRICAL INDUSTRY TRAINING TRUST NEBF, AND NEIF TRUST FUNDS (hereinafter collectively referred to as the "Plaintiffs," "Trusts" or "Funds") have requested this Court grant their Motion for Default Judgment against Defendants JASON MARTINEZ and NEZ ELECTRIC, INC. (hereafter collectively "Defendants").

Having considered the Points and Authorities, the submitted declarations of Mark H. Lipton and Jim Mace, and the entire file in this action, and GOOD CAUSE APPEARING,

IT IS ORDERED THAT Plaintiffs Motion for Default Judgment against Defendants JASON MARTINEZ AND NEZ ELECTRIC, INC. is hereby GRANTED. Judgment is entered against Defendants JASON MARTINEZ AND NEZ ELECTRIC, INC. in the amount of $3,278.72 for delinquent contributions; $2,582.65 for liquidated damages to the trusts for the period of May 2008 -- November 2008; $2,172.21 for prejudgment interest; and $3,825.00 for attorneys' fees.

If Plaintiffs desire to recover costs, an appropriate bill of costs should be submitted to the Court to be taxed.

IT IS SO ORDERED.
Date: July 15, 2010

*Edward C. Reed*
United States District Court Judge

NEYHART, ANDERSON, FLYNN & GROSBOLL
ATTORNEYS AT LAW

[PROPOSED] ORDER GRANTING DEFAULT JUDGMENT
Case No. C 3:09 CV 00425 ECR-RAM